648

GEISERT and wife, Appellants, vs. STEINER and wife, Respondents.

For the appellants: *Morton, Jones & Barr* of Milwaukee.
For the respondents: *H. T. Ferguson* of Milwaukee.

*By the Court.*—Judgment affirmed.